UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 10 B 24121 |
| HEIDI S. ROTHENBERG, | ) | Hon. Pamela Hollis |
| | ) | |
| Debtor. | ) | |

## FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period October 26, 2010 through January 31, 2011. In support of this Application, Much Shelist respectfully states as follows:

1. On May 27, 2010, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. The Trustee was subsequently appointed, qualified and continues to serve as Chapter 7 Trustee herein.

3. On November 9, 2010, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case, effective July 15, 2010.

4. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered or reimbursement of out-of-pocket expenses incurred in this matter.

5.   Much Shelist is entitled to receive final compensation in the amount of $723.00 plus reimbursement of out-of-pocket expenses in the amount of $3.00 for services rendered during the period October 26, 2010 through January 31, 2011.

6.   Much Shelist provided 1.80 hours of services on behalf of the Trustee during the time period cover by this application.

7.   The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | .70 hrs. | $577.14/hr.* | $404.00 |
| Martin J. Wasserman | 1.10 hrs. | $290.00/hr. | 319.00 |
| | | | |
| **TOTAL:** | **1.80 hrs.** | | **$723.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

8.   The services rendered are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

9.   At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

10.   Due to the small amount of time expended on this matter, all time entries have been consolidated under "General Administration".

2

A. <u>**General Administration (Tab 1)**</u>: Much Shelist expended 1.80 hours on the preparation of pleadings and appearances in Court on Trustee's Motion to Employ Attorneys. There was also written communications with the Internal Revenue Service as to the possibility of payment being received on its claim. The individuals who provided General Administrative services to the Trustee and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .70 hrs. | $577.14/hr.* | $404.00 |
| Martin J. Wasserman | 1.10 hrs. | $290.00/hr. | 319.00 |
| | | | |
| **TOTAL:** | **1.80 hrs.** | | **$723.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

11. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $3.00 Attached hereto as Exhibit "B" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

**WHEREFORE**, Much Shelist Denenberg Ament & Rubenstein, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $723.00, plus reimbursement of out-of-pocket expenses in the amount of $3.00, for services rendered during the period October 26, 2010 through January 31, 2011;

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist Denenberg Ament & Rubenstein, P.C.**

By: /s/ Norman B. Newman
One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000