**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-24121 |
| ROTHENBERG, HEIDI S | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>NORMAN NEWMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/28/2011 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | | |
|---|---|---|
| Date Mailed: 03/23/2011 | By: | /s/NORMAN NEWMAN |
| | | Trustee |

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Heidi S Rothenberg  
    Debtor

Case No. 10-24121-PSH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 2     Date Rcvd: Mar 24, 2011  
                   Form ID: pdf006     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2011.

```
db          +Heidi S Rothenberg,   2731 Noyes Street,   Evanston, IL 60201-2071
aty         +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Martin J Wasserman,   Much Shelist Denenberg,   Ament & Rubenstein PC,   191 North Wacker Drive,
              Suite 1800,   Chicago, IL 60606-1631
tr          +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
              Chicago, IL 60606-1631
15637229    +Associated Recovery Systems,   Department no. 5996,   PO Box 1259,   Oaks, PA 19456-1259
15637230    +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
15637231     Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
15637233     CCO Mortgage,   PO Box 6260,   Glen Allen, VA 23058-6260
15637234    +Cco Mortgage Corp.,   2812 Emerywood Pkwy,   Richmond, VA 23294-3727
15637236     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
15637235    +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
15637237    +Client Services, Inc.,   3451 Harry Truman Blvd,   St. Charles, MO 63301-9816
15637238    +Creditors Financial Group,   3131 S. Vaughn Way,   Suite 110,   Aurora, CO 80014-3501
15637239    +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
15637240     Financial Asset Management Systems,   PO Box 451409,   Atlanta, GA 31145-9409
15637241    +First American Bank,   700 Busse Rd,   Elk Grove Vlg, IL 60007-2133
15637242     Firstsource Advantage, LLC,   6341 Inducon Drive East,   Sanborn, NY 14132-9097
15637243    +Greystone Alliance LLC,   255 Great Arrow Ave. 2nd Fl.,   Suite 15,   Buffalo, NY 14207-3027
15637244   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   Mail Stop 5010 CHI,   230 S. Dearborn,
              Chicago, IL 60604)
15637246    +NCC Business Services,   3733 University Blvd.,   Suite 300,   Jacksonville, FL 32217-2103
15637247     Northstar Location Services,   4285 Genesee Street,   Buffalo, NY 14225-1943
16129275    +OCMAC LLC,   Mullen and Associates LLC,   PO Box 1860,   Nixa, MO 65714-1860
15637248     Sunrise Credit Services,   PO Box 9100,   Farmingdale, NY 11735-9100
15637249    +TCF Bank Customer Service,   MC 002-01-P,   101 E 5th St., Suite 101,   Saint Paul, MN 55101-1898
15637250    +TCF Mortgage Corporation,   Attn: Legal Dept,   801 Marquette Ave,   Minneapolis, MN 55402-3475
15637251    +Valentine & Kebartas, Inc.,   P.O. Box 325,   Lawrence, MA 01842-0625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15637228    +E-mail/PDF: LR@arthuradler.com Mar 24 2011 22:57:17      Arthur B. Adler & Associates, Ltd.,
              25 E. Washington St.,   Suite 500,   Chicago, IL 60602-1703
15637232    +E-mail/Text: jraichel@cms-collect.com Mar 24 2011 22:21:16      Capital Management Services,
              726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
16487618     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2011 23:02:30
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK 73124-8809
15637245    +E-mail/Text: bkrpt@mullencollect.com Mar 24 2011 22:21:17      Mullen and Associates, LLC,
              PO Box 1860,   Nixa, MO 65714-1860
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2              Date Rcvd: Mar 24, 2011
                              Form ID: pdf006          Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2011**                    **Signature:**    _Joseph Speetjens_